AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida ▾

Willianne Etienne Code name unknown
Jason Redding Quinones US Attorney Southern District of FL )
)
)
)
)
_____ )
*Petitioner* )
)
v. )
)
Bradley Hansell Under Secretary of War(USW(I&S)) )
Pam Bondi Chief US Attorney )
Gen Dan Cain *Joint Chief of* )
_Staff._____ )
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

FILED BY _CWC_ D.C.

JAN 0 5 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Case No. _____
_____
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name:  Willianne Etienne
   (b) Other names you have used:  code name used by department of defense to circumvent reporting unkown
2. Place of confinement:
   (a) Name of institution:  Department of Defense
   (b) Address:  1400 Defenses Pentagon
   Washington DC 20301
   (c) Your identification number:  Unkown department of defense would know if given
3. Are you currently being held on orders by:
   ☑Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐A pretrial detainee (waiting for trial on criminal charges)
   ☐Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: _____

       (b) Docket number of criminal case: _____
       (c) Date of sentencing: _____
   ☐Being held on an immigration charge
   ☑Other *(explain)*:  Enslaved since a child department of defense has my home under control and refuse to
   to acknowledge their crime ,instead a defense/argument is weponized to fragment me. US attorney for Fl aware
   I am attached to a technology that will be used to dispose of me. FL Govornor gave order for 24/7 access

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

(Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other (explain):     Non consensual confinment to technology/satellite. Conversion of vehicles, electronics and appliance in home. Refusal to disclose location being held or make contact because of egregious misconduct

Provide more information about the decision or action you are challenging:

( ) Name and location of the agency or court:   Department of Defense Intelligence Unit
Washington DC

(b) Docket number, case number, or opinion number:

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
THIS IS A DESPERATE SITUATION DEPARTMENT OF DEFENSE, DOJ FBI ARE AWARE. third parties on TRIAL IS WHY I AM STILL ALIVE.  CUSTODY WAS GIVEN TO AVOID ADDRESSING ME AS THE VICTIM I AM BEING ABUSED EMOTIONAL PHYSICALLY AND FINANCIALLY

(d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

### First appeal

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes                    ☐ No

(a) If "Yes," provide:

 (1) Name of the authority, agency, or court:   Federal Court Broward and Dade County

 (2) Date of filing:

 (3) Docket number, case number, or opinion number:

 (4) Result:    Third party litigation are allowed to place own ruling to contiune engagement

 (5) Date of result:

 (6) Issues raised:

(b) If you answered "No," explain why you did not appeal:

### Second appeal

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes                    ☐ No

(Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:

(2)  Date of filing:
(3)  Docket number, case number, or opinion number:
(4)  Result:
(5)  Date of result:
(6)  Issues raised:

(b)  If you answered "No," explain why you did not file a second appeal:

**Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes                    ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:

(2)  Date of filing:
(3)  Docket number, case number, or opinion number:
(4)  Result:
(5)  Date of result:
(6)  Issues raised:

(b)  If you answered "No," explain why you did not file a third appeal:

**Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                    ☐ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
☐ Yes                    ☐ No

(Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❒ Yes                    ❒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

**Appeals of immigration proceedings**

Does this case concern immigration proceedings?

❒ Yes                    ❒ No

If "Yes," provide:

(a)     Date you were taken into immigration custody:

(b)     Date of the removal or reinstatement order:

(c)     Did you file an appeal with the Board of Immigration Appeals?

❒ Yes                    ❒ No

Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(f) Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☐ No

If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

**Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes                    ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application:        Injunction for relief, Motion for conversion of property

(b) Name of the authority, agency, or court:        Federal Court for Southern Florida

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:        Trial in absentia, unlawful surveillance, conversion of property, aware that government officials are able to listen vie technology, constitutionality of monitoring motions and notifying courts in advance of intent to file, repurposing motions and refusing to acknowledge. Forced into ProSe, unable to have attorney client privilege because of live access. Shell account created for disability payment to be made. Repurposing disability claim and using it for third party interest. Bankruptcy fraud. Withholding of disability backpay. Intellectual property thieft, attempts to transfer confession stored before fragmenting me or killing me

(Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**     Indefinite imprisonment without cause. Deconstructive slavery
4th Amendment right to privacy and security in person, unreasonable seizure. 5th amendment detention without due process, protection against actions that shocks the conscious. 13th amendement prohibts slavery
th equal protection and protection of fundamental liberties.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Not even congress can deny a writ of Habeas Corpus. This is my 3rd HB. The department of Defense [...] has me attached to a technology and are using it to strip me of autonomy to hide years of invasion of privacy This technology is able to access my mental space, influence my behavior,vitals, and was used to stage a suicide The DOD is attempting to cause a mental breakdown to avoid addressing officials having knowledge that i was used to perform sex acts while agents watch with the technology.  I do not even have privacy when showering

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes                    ☐ No

**GROUND TWO:**  Willful witholding of material information Conspiracy to defraud.  Acting under color of law

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
was put on trial in absentia and exonerated, I had to find out through public interaction. Family members are being managed by third parties and manipulated to not hire a lawyer.They are told to act as if nothing is going on while third-parties use the technology to call me name, reroute my calls, impersonate family members and use tactics that make me feel as if I am at risk of a mental breakdown. This HB is being monitored live and senior officials at the DOD and US attorney are updated and the court will be notified before my arrival.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes                    ☑ No

**GROUND THREE:** Freedom of Speech

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
DOD is retaliating for stating I was used to frame the Biden administration on treason charges and I  believe I was supposed to be used to legalize this invasive technology under Roe v Wade. While blocked from direct involvement officials are listening to my speech, making decisions and accessing stored memories and images without my consent. I also declared that there is evidence to support former president Obama being a target and it was used to consolidate power, as there was mass resignation over the handling of my situation

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes                    ☐ No

(09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**    Torture,  Forced ProSe,  Sexual abuse

Violation of;  8th amendment Prohibits cruel and Unusual punishment,

5th amendment protection against actions that shock the conscience, 4th amendment unreasonable intrusions

1st Amendment autonomy,

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

My phones are under the control of third parties while attached to this technology I can not engage in client

attorney privilege. I have to navigate complex legal forms while government officials monitor and make decisions

as I am trying to get help. Pornographic images are pushed in my frame of mind and sexual aggressive dreams

are created with the technology. I deal with technology induced pain, I am forced to differentiate between my

thoughts and intelligence unit involvement. I am unable to have non third party involvement with the public and

family. I have to watch distressful family members because of the department of defense/ third parties threat

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No


If there are any grounds that you did not present in all appeals that were available to you, explain why you did

not:

_____

_____

_____


## Request for Relief

State exactly what you want the court to do:      Hearing with all third parties involved, unsealing of all dockets as

there are grounds to support conspiracy to defraud the court and me the victim. Release from the technology with a

signed judge order in the presence of self obtained legal counsel. Restraining order blocking DOD/third parties from using

any statement or images obtained from the technology or any surveillance. Court-order protection to prevent my death.

Removal of all restrictions placed on all electronics.  Restore cognitive ability to full capacity. Immediate restitution

 ... Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

... under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the ... in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

01/05/2026

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any